**Ronald Quitman ELLIS, Petitioner–Appellant,**

v.

**Ronald HUTCHINSON, Warden, Maryland House of Corrections; J. Joseph Curran, Jr., Attorney General of the State of Maryland, Respondents–Appellees.**

No. 01–7981.

United States Court of Appeals, Fourth Circuit.

Submitted April 30, 2002.

Decided June 3, 2002.

Fred Warren Bennett, Greenbelt, Maryland, for Appellant. Ann Norman Bosse, Office of the Attorney General of Maryland, Baltimore, Maryland, for Appellees.

Before LUTTIG and TRAXLER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Ronald Quitman Ellis seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *Ellis v. Hutchinson,* No. CA–00–1379–JFM (D.Md. Oct. 25, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*